MOTZ

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

10 cv 6420

| | |
|---|---|
| VISTORS PUBLISHING,    Plaintiff, | Case No. _____ |
| -v- | |
| FRONTIER COMMUNICATIONS CORPORAITON, ENHANCED SERVICES BILLING, INC.    Defendant. | **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

VISTORS PUBLISHING _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There is no such corporation.

Date: 8/27/2010

Signature of Attorney

Attorney Bar Code: CA-5129

Form Rule7_1.pdf  SDNY Web 10/2007